Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
Law Office of Kevin G Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile:  (559) 420-0839
E-Mail:  kevin@kevinglittle.com

Attorney for Defendant, CONSTANCE TAYLOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:16-cr-00049 LJO/SKO |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF KEVIN G.** |
| v. ) | **LITTLE IN SUPPORT OF REQUEST** |
| ) | **FOR ORDER EXCUSING PERSONAL** |
| CONSTANCE TAYLOR, ) | **PRESENCE OF DEFENDANT;** |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Kevin G. Little declares:

1.	I am the attorney of record for defendant Constance Taylor in this matter.  I have personal knowledge regarding all facts set forth in this declaration.  If called as a witness, I could competently testify to each such fact.

2.	I am informed and believe, and on the basis of such information and belief allege that, my client resides in Madison, Wisconsin.  My client's presence in this matter will not assist me in representing her at the status conference.

3.	On January 8, 2017, I received discovery from the United States Attorney's Office, which I am in the process of reviewing.

4.	On January 10, 2017, the assigned prosecutor in this matter, Assistant United

1

States Attorney, Vincenca Rabenn, advised me, via e-mail that she had no objection to the court order excusing my client from appearing at the status conference on January 17, 2017.

     5.     In addition, I am requesting that Ms. Taylor's appearance be waived at any and all non-substantive pretrial proceedings until further order of the court.

     6.     At all times since she became my client, Ms. Taylor has been extremely cooperative with me and has maintained regular telephone contact with me.

     7.     In light of the foregoing, I am respectfully requesting that the Court excuse Ms. Taylor from appearing at the status conference on January 17, 2017 and at future, non-substantive pretrial proceedings until further order of the court.

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed this 10th day of January, 2017 at Fresno, California.

          Respectfully Submitted,

/s/ Kevin G. Little  
KEVIN G. LITTLE  
Attorney for Defendant  
CONSTANCE TAYLOR

## ORDER

It is hereby ordered that defendant Constance Taylor be excused from personal presence at the hearing for status conference calendared for January 17, 2017, and at future non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

Dated:  **January 10, 2017**          /s/ *Sheila K. Oberto*  
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28