**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ASHLEY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE TAYLOR<br>**ASHLEY WILLIAMS**,<br><br>Defendant | Case No.:16-CR-0049 LJO-SKO<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ASHLEY WILLIAMS, by and through her attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Tuesday, January 17, 2017 be continued to Tuesday, February 21, 2017.

I have spoken to AUSA Vincenza Rabenn and informed her that I am unavailable to appear for status on January 17, 2017.  Co-counsel and the Government does not object to continuing this matter to February 21, 2017.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) up to and including February 21, 2017.

//

Stipulation and Proposed Order to Continue Sentencing

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 1/9/17                                  /s/ David A Torres
                                               DAVID A. TORRES
                                               Attorney for Defendant
                                               ASHLEY WILLIAMS


DATED: 1/9/17                                  /s/ Kevin Little
                                               KEVIN LITTLE
                                               Attorney for Defendant
                                               CONSTANCE TAYLOR


DATED: 1/9/17                                  /s/Vincenza Rabenn
                                               VINCENZA RABENN
                                               Assistant U.S. Attorney


**ORDER**

The parties' request for a continuance of the status conference is DENIED. The parties are cautioned that a request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

Dated:   **January 11, 2017**                 /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE