| | |
|---|---|
| 1 | DAVID A. TORRES AND ASSOCIATES |
| 2 | David A. Torres, SBN135059 |
|   | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
|   | Tel: (6610326-0857 |
| 4 | Fax: (661)326-0936 |
|   | Email: dtorres@lawtorres.com |
| 5 | |
| 6 | Attorney for: |
|   | ASHLEY WILLIAMS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00049 LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW DEFENDANT TO CONDUCT A PRE-PLEA PSI INTERVIEW VIA VIDEO TELECONFERENCE |
| **CONSTANCE TAYLOR** | |
| **ASHLEY WILLIAMS**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE JUDGE LAWRENCE J. O'NEIL; VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY; AND, KEVIN LITTLE, ATTORNEY

It is hereby requested by all counsel that the Honorable Lawrence J. O'Neil direct the United States Probation Office to conduct a video teleconference interview of Defendnats Constance Taylor and Ashley Williams, and to prepare a pre-plea PSI report to include Criminal History Category and 18 USC Section 3553(a) factors. United States Probation Officer Supervisor Brian Bedrosian has been advised that this request is forthcoming.

**IT IS SO STIPULATED.**

DATED: 8/25/17

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ASHLEY WILLIAMS

1

DATED 8/25/17                                         */s/ Kevin  Little*
KEVIN LITTLE
Attorney for Defendant
Constance Taylor

DATED: 8/25/17                                    */s/Vincenza Rabenn*
VINCENZA RABENN
Assistant U.S. Attorney

## **ORDER**

The United States Probation Office is requested to conduct an interview of defendant's Constance Taylor and Ashely Williams and to prepare a pre-plea Pre-Sentence Investigation report to include the Criminal History Category and 18 USC Section 3553(a) factors.

IT IS SO ORDERED.

Dated: **August 28, 2017**                **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE