1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   ASHLEY WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CONSTANCE TAYLOR**<br>**ASHLEY WILLIAMS**,<br><br>Defendants. | Case No. 1:16-CR-00049 DAD-SKO<br><br><u>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE LAWRENCE O'NEIL MAGISTRATE JUDGE SHEILA K. OBERTO, VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY AND KEVIN LITTLE, ATTORNEY:

Defendant, ASHLEY WILLIAMS, by and through her attorney of record, DAVID A. TORRES hereby requests that the status conference hearing currently set for Tuesday, September 5, 2017, be continued to Monday, December 4, 2017.

I am requesting a continuance in this matter in order for the United States Probation Department to conduct a video teleconference interview and pre-Pre Sentence Investigation Report. I have spoken to AUSA Vincenza Rabenn and co-counsel, Kevin Little. Both counsel have no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) AND 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

DATED: 8/25/17
Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ASHLEY WILLIAMS

DATED 8/25/17
*/s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant
Constance Taylor

DATED: 8/25/17
*/s/Vincenza Rabenn*
VINCENZA RABENN
Assistant U.S. Attorney

## ORDER

The parties' stipulated request for a continuance of the status conference currently set for September 5, 2017, to December 4, 2017, is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill.

If the parties are unable to resolve this matter, they shall be prepared to select a mutually agreeable trial date on December 4, 2017.

IT IS SO ORDERED.

Dated: **August 31, 2017**
*/s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE